IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | 8:01CR190 |
| ) | |
| v. ) | |
| ) | |
| PATRICK M. MCGUIRE, ) | ORDER |
| ) | |
| Defendant. ) | |
| ) | |

    Notice is hereby given to the United States attorney of the filing of a Motion to Modify Restitution Order, filing 41.

    IT IS ORDERED that the United States attorney shall make response to the motion on or before July 15, 2005.

    Dated June 22, 2005.

                            BY THE COURT

                            s/ Warren K. Urbom
                            United States Senior District Judge